IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY WALLACE,

    Petitioner,

v.                                                                         Civ. No. 13-825 KG/GBW

ERASMO BRAVO, *et al.*,

    Respondents.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING the Petition WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE